UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI (ST. LOUIS)

| | |
|---|---|
| In Re: NICOLE MICHELLE BARNEY, | Case No. 16-31726 |
| Debtor | |
| | Motion No. |
| ELECTRO SAVINGS CREDIT UNION | NOTICE OF APPEARANCE & REQUEST FOR NOTICE |
| Movant | |

COMES NOW Donna M. Sommars of Sommars & Associates and enters her appearance as counsel for Electro Savings Credit Union, and requests service of all pleadings and notices in the above-captioned case including, but not limited to, copies of all plans, orders, motions, and amendments.

SOMMARS & ASSOCIATES, L.L.C.
By: /s/ Donna M. Sommars
    Donna M. Sommars  MO #34043
    Pamela B. Leonard MO #37027
    Attorney for Electro Savings Credit Union
    326 S. 21st Street, Ste. 510
    St. Louis, MO  63103
    314/241-5500; fax 314/241-5507
    donna@sommars.net

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served electronically on 11/21/2016 to:

William Mueller, attorney for Debtor, Belleville@tbcwam.com; tbcbackup@yahoo.com

Russell Simon, Trustee, simontrustee@yahoo.com; pacer@simonch13trustee.com

/s/ Donna Sommars